UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                        Case No. 10-CR-207

JEREMIAH S. BERG,

        Defendant.

---

**ORDER GRANTING MOTION TO ADJOURN TRIAL**

---

Defendant Jeremiah S. Berg is charged with distributing marijuana and related firearms offenses. The sentence range under the United States Sentencing Guidelines, according to counsel, is 360 months to life. Counsel has moved for an adjournment, explaining that he was appointed on October 15, 2010, received the last installment of discovery on November 4, 2010, and has not yet received a formal plea offer from the Government. However, he indicates the Government is interested in proposing such a plea agreement and that his client is interested in evaluating it. Counsel indicates that, given his own trial schedule and the need to fully evaluate and consider the Government's plea offer, an adjournment from the December 20th trial date is necessary. Counsel further states that the Government will require a response to its plea offer before he will be in a position to offer one. Under the circumstances, counsel notes that the Government does not object to his request for an adjournment and that he believes an adjournment would best serve his client's interests and the interests of justice and efficiency.

Based on the foregoing, the Defendant's motion is granted. The final pre-trial and trial dates may be removed from the Court's calendar. The Clerk is directed to set this matter for a status conference which may, if necessary, serve as a date for entry of a plea or rescheduling of the trial date.

Any delay resulting from this adjournment is excludable under the Speedy Trial Act based upon this Court's findings that the interests of the public and the defendant in a speedy trial is outweighed by the need to insure a full and effective defense for the defendant and to allow him to consider fully the ramifications of entering a plea.

**SO ORDERED** this   19th   day of November, 2010.

    s/ William C. Griesbach
William C. Griesbach
United States District Judge